**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00877-CMA

RONALD DURAN,

      Applicant,

v.

JOHN DAVIS, and
JOHN SUTHERS, Attorney General of the State of Colorado,

      Respondents.

---

## ORDER FOR STATE COURT RECORD

---

      After preliminary consideration of the Application for a Writ of Habeas Corpus

filed pursuant to 28 U.S.C. § 2254, it is

      ORDERED that, **within thirty (30) days from the date of this order**, the

Respondents shall file with the Clerk of the Court, in electronic format if available,

a copy of the complete record of Applicant's state court proceedings in Adams Couny

District Court case number 05CR3013, including all documents in the state court file

and transcripts of all proceedings conducted in the state court, but excluding any

physical evidence (as opposed to documentary evidence) not relevant to the asserted

claims.  It is

      FURTHER ORDERED that the Clerk of the Court is directed to send copies of

this order to the following:

(1)     Clerk of the Court
        Adams County District Court
        1100 Judicial Drive
        Brighton, Colorado 80601;

(2)     Assistant Solicitor General
        Appellate Division
        Office of the Attorney General
        1525 Sherman Street
        Denver, Colorado  80203; and

(3)     Court Services Manager
        State Court Administrator's Office
        101 W. Colfax, Ste. 500
        Denver, Colorado  80202.

DATED:  September   24  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge