IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00877-CMA

RONALD DURAN,

    Applicant,

v.

JOHN DAVIS, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

**ORDER FOR STATE COURT RECORD**

---

After preliminary consideration of the Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that, **within thirty (30) days from the date of this order**, the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Adams Couny District Court case number 05CR3013, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1)   Clerk of the Court
      Adams County District Court
      1100 Judicial Drive
      Brighton, Colorado 80601;

(2)   Assistant Solicitor General
      Appellate Division
      Office of the Attorney General
      1525 Sherman Street
      Denver, Colorado 80203; and

(3)   Court Services Manager
      State Court Administrator's Office
      101 W. Colfax, Ste. 500
      Denver, Colorado 80202.

DATED: September __24__, 2012

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge